**Dismissed and Opinion Filed December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01641-CV

### IN RE WESLEY WAYNE SAVANNAH, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72992-U**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

The Court has before it relator's application for writ of habeas corpus seeking relief under article 11.07 of the Texas Code of Criminal Procedure from his 2010 conviction for burglary of a habitation with intent to commit aggravated assault. The facts and issues are known to the parties, so we need not recite them herein. This Court has no jurisdiction over post-conviction applications for writ of habeas under article 11.07. *See* TEX. CODE CRIM. P. ANN. arts. 11.05, 11.07 (West 2005); *In re McFee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (per curiam). Accordingly, we dismiss the application for writ of habeas corpus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

131641F.P05